David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Elizabeth Elliott*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH ELLIOTT,<br><br>Plaintiff(s),<br><br>vs.<br><br>RENT RECOVERY SOLUTIONS, LLC,<br><br>Defendant(s). | Case No.: 2:21-cv-01886-JCM-BNW<br><br>**STIPULATION AND ORDER DISMISSING ACTION AGAINST DEFENDANT RENT RECOVERY SOLUTIONS, LLC, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Elizabeth Elliott ("Plaintiff") and Defendant Rent Recovery Solutions, LLC ("RRS"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).  Accordingly, the Parties request that the Court dismiss RRS from this action, with prejudice, and that this matter be closed.

-1-

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on April 27, 2022.

/s/ Shawn W. Miller
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road,
Suite 200
Las Vegas, Nevada 89148
Attorneys for Plaintiff
***Joi Moody***

/s/ Trevor Waite
Trevor Waite, Esq.
FABIAN VANCOTT
411 E. Bonneville Ave.,
Suite 400
Las Vegas, NV 89101

Attorneys for Defendant
***Rent Recovery Solutions, LLC***

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 2, 2022